# ALABAMA COURT OF CRIMINAL APPEALS



November 22, 2024

**CR-2023-0730**

John Michael Woodruff v. State of Alabama (Appeal from Elmore Circuit Court: CV-23-31)

## <u>NOTICE</u>

You are hereby notified that on November 22, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk